IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18CR00483-001FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| GREGORY OVERTON POWELL, | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| v. | ) | |
| 1ST ADVANTAGE FEDERAL CREDIT UNION, | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. 46] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. 68, 68-1] be unsealed.

This the 19th day of February, 2020.

LOUISE W. FLANAGAN
United States District Court Judge